UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Darryl D King<br><br>               Debtor | CASE NO: 10-35065<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105888**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 1 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY DEPARTMENT<br>ONE HOME CAMPUS MAC ID #X2302-04C<br>DES MOINES, IA  50328 | 4,708.35 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/31/2011

Certificate of Service          10-35065

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Darryl D King | TOM O MERRITT | (34.1n) |
| 7185 South Palmer Road | 219 S GARBER DR | ALISON A GILL |
| New Carlisle, OH  45344 | TIPP CITY, OH  45371 | 655 COOPER RD |
| | | WESTERVILLE, OH  43081 |
| (33.1n) | (36.1n) | (37.1n) |
| GE MONEY BANK | HARLEY DAVIDSON CREDIT CORP | JOEL K JENSEN |
| % RECOVERY MANAGEMENT SYSTEMS | BOX 829009 | LERNER SAMPSON & ROTHFUSS |
| 25 SE 2ND AVE   SUITE 1120 | DALLAS, TX  75382 | BOX 5480 |
| MIAMI, FL  33131 | | CINCINNATI, OH  45201 |
| (32.1n) | (28.1n) | (1.1) |
| Recovery Management Systems | Stephen H Patterson, Esq. | WELLS FARGO BANK NA |
| Corporation | Lerner Sampson & Rothfuss | WELLS FARGO HOME MORTGAGE |
| 25 SE 2nd Avenue, Suite 1120 | P O Box 5480 | ATTN BANKRUPTCY DEPARTMENT |
| Miami, FL  33131 | Cincinnati, OH  45201-5480 | ONE HOME CAMPUS MAC ID #X2302-04C |
| | | DES MOINES, IA  50328 |

(1.3)
WELLS FARGO HM MORTGAG
PO BOX 10335
DES MOINES, IA  50306

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv